# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

BENJAMIN RODRIGUEZ,

                    Plaintiff,

     -against-                                            22 **CIVIL** 6380 (JPO)

                                                                **DEFAULT JUDGMENT**

FRANCO REALTY ASSOCIATES, LLC, et al.,

                    Defendants.

-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 19, 2023, Rodriguez's motion for default judgment is GRANTED. Judgment is entered in favor of Rodriguez and against Defendants in the amount of $543,075.00 plus the prejudgment interest on $266,537.50 from March 15, 2019, to the date of judgment, at a rate of nine percent per annum, in the amount of $114,355.54. The judgment shall include: (1) damages for back pay, unpaid overtime wages, spread-of-hours pay, statutory damages, and liquidated damages; and (2) prejudgment interest on $266,537.50 from March 15, 2019, to the date of judgment at a rate of nine percent per annum; accordingly, the case is closed.

**Dated:**  New York, New York

       December 19, 2023

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                        **BY:**      *K. Mango*

                                                                   **Deputy Clerk**