UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN RODRIGUEZ,
                        Plaintiff,

-v-

FRANCO REALTY ASSOCIATES, LLC, *et al.*,
                        Defendants.

22-CV-6380 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Pending before the Court is a request for attorney's fees on behalf of Plaintiff's counsel. (ECF No. 17.) Without opposition, the motion for attorney's fees is GRANTED. Plaintiff's counsel is awarded $18,076.71 in fees and costs.

    The Clerk of the Court is directed to close the motion at ECF No. 17.

    SO ORDERED.

Dated: April 16, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge